October 23, 2017



8:17-cv-02341-PJM
Gough v. Bankers Life

United States District Court
Office of the Clerk
6500 Cherrywood Lane
Greenbelt, MD 20770

To Whom It May Concern,

This is a response to the motion to dismiss my case against Bankers Life. On October 6, 2017 I submitted a request for the court to appoint council so that I may have the professional guidance of a lawyer to navigate the legal system and expedite my case.

Bankers Life has committed fraud. I, along with many others, was hired under an inappropriate job title that only benefits their company. I hope my case is reviewed with the intention of receiving equal compensation for my time an acknowledgment of discrimination.

The Defendant's Motion to Dismiss Plaintiff's Complaint postmarked on October 11, 2017 states that I failed to state a claim for either sex discrimination or misclassification. I have contacted and communicated with MD Legal Aid as well as multiple State and Federal agencies. Attached to this letter are documents that support my case.

This has affected my life on many levels and I hope that the District Court will address the discrimination for my time at Bankers Life.

Sincerely,

*[signature]*

Linda J. Gough