

**Littler Mendelson, PC**
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046

October 27, 2017

Paul J. Kennedy
202.414.6855 direct
202.842.3400 main
202.842.0011 fax
pkennedy@littler.com

**BY ECF FILING SYSTEM**

The Honorable Peter J. Messitte
United States District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

**Re:**   **Gough v. Bankers Life**
         **Civil No.  PJM 17-2341**

Dear Judge Messitte:

In response to the Court's October 26, 2017 letter Order, Defendant has no objection to the Court's corresponding directly with Ms. Gough concerning appointment of an attorney.  We understand that any action with respect to Defendant's Motion to Dismiss is suspended, and, therefore, we will take no action to submit any reply to Ms. Gough's October 23, 2017 submission that purports to respond to Defendant's Motion.

We will await further order from the Court as to how we should proceed.  Many thanks.

Very truly yours,


  /s/  Paul J. Kennedy
Paul J. Kennedy


PJK/tlb

150905272.2 054835.1559