IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA GOUGH,<br><br>        Plaintiff,<br><br>v.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>        Defendant. | Civil No. PJM 17-2341 |

## DEFENDANT'S STATUS REPORT

Defendant, Bankers Life and Casualty Company ("Bankers Life") submits this Status Report pursuant to the Court's May 9, 2018, Order as follows:

1. Plaintiff filed this case on August 15, 2017, with leave to proceed in forma pauperis.

2. On October 2, 2017, Bankers Life filed a Motion to Dismiss for Failure to State a Claim, following which Plaintiff filed a Motion to Appoint Counsel on October 6, 2017.

3. On October 27, 2017, the Court deferred a decision on Plaintiff's Motion to Appoint Counsel and suspended decision on Bankers Life's Motion to Dismiss pending resolution of the Motion concerning counsel.

4. After a period of review by pro bono counsel selected by the Court for that limited purpose, the Court ultimately issued an Order on April 20, 2018, appointing pro bono counsel for Plaintiff (Brian J. Markovitz, Esquire, of the firm Joseph Greenwald & Laake, PA).

5. Counsel has not yet entered an appearance in this matter, and Bankers

Life's Motion to Dismiss remains pending although suspended.

| May 10, 2018 | Respectfully submitted, |
|---|---|
|  | /s/ *Paul J. Kennedy* |
|  | Paul J. Kennedy (MD Bar15447) |

Paul J. Kennedy (MD Bar15447)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400

Counsel for Plaintiff, Bankers Life and Casualty Company

3.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, the foregoing Defendant's Status Report was filed with this Court via its CM/ECF system and a copy was served by U.S. First Class Mail and via electronic mail, on the following:

> Brian J. Markovitz, Esquire,
> Joseph Greenwald & Laake, PA
> 6404 Ivy Lane, Suite 400
> Greenbelt, MD  20770-1417
> bmarkovitz@jgllaw.com

/s/  *Paul J. Kennedy*
Paul J. Kennedy

154609651