# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA GOUGH, | : |
| Plaintiff, | : |
| v. | : Civil No. PJM 17-2341 |
| BANKERS LIFE AND CASUALTY COMPANY, | : |
| | : |
| Defendant. | |
| | : |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Linda Gough, submits this Status Report pursuant to the Court's May 9, 2018 Order and states as follows:

1. Plaintiff agrees with the facts as stated in Defendant's status report. (ECF 21). Plaintiff, however, does not agreed that her *pro bono* counsel must enter his appearance in this matter because the Court has issued an order selecting him as *pro bono* counsel. Should the Court request undersigned counsel to file a notice of appearance, he will do so.

Respectfully Submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/ Brian J. Markovitz*
Brian J. Markovitz, Esquire (Bar #15859)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301)220-2200
bmarkovitz@jgllaw.com

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 17th day of May, 2018, a copy of the foregoing Plaintiff's Status Report was served by email and first-class mail to:

Paul J. Kennedy, Esq.
Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
pkennedy@littler.com

                */s/ Brian J. Markovitz*
                Brian J. Markovitz