**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LINDA GOUGH, | : |
| Plaintiff, | : |
| v. | :   Civil No. PJM 17-2341 |
| BANKERS LIFE AND CASUALTY COMPANY, | : |
| | : |
| Defendant. | |
| | : |

## **PARTIES' JOINT STATUS REPORT**

Plaintiff, Linda Gough, and Defendant, Bankers Life and Casualty Company, submit this Joint Status Report pursuant to the Court's June 5, 2018 Order and state as follows:

1. Plaintiff's counsel has notified his client and defense counsel of his intention to file a motion to withdraw consistent with the local rules of this Court and the Maryland Rules, which will be on or about June 25, 2018.

2. Since the filing of the parties' respective status reports, counsel have discussed continuing the current stay and pursuing mediation before a Magistrate Judge; however, no agreement has been reached, and Defendant prefers that the Court at this stage address the pending motion to dismiss

Respectfully Submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/ Brian J. Markovitz*
Brian J. Markovitz, Esquire (Bar #15859)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301)220-2200
bmarkovitz@jgllaw.com

*/s/ Paul J. Kennedy*
Paul J. Kennedy (MD Bar15447)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006-4046
202.842.3400
Counsel for Plaintiff, Bankers Life and Casualty Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of June, 2018, a copy of the foregoing was served by the Court's ECF process to:

Paul J. Kennedy, Esq.
Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
pkennedy@littler.com

*/s/ Brian J. Markovitz*
Brian J. Markovitz