# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA GOUGH, | : |
| Plaintiff, | : |
| v. | : Civil No. PJM 17-2341 |
| BANKERS LIFE AND CASUALTY COMPANY, | : |
| Defendant. | : |
| | : |

## MOTION TO SEAL

COMES NOW, Plaintiff, and moves this Court to seal Plaintiff's Counsel's Motion to Withdrawal. Plaintiff requests that the motion remain under seal so that her lawyers' obligation to provide the Court with sufficient facts to rule on a motion and their duty of confidentiality can be properly preserved.

WHEREFORE, Plaintiff respectfully requests that the Motion to Withdraw in this matter be sealed in accordance with the enclosed order.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _/s/ Brian J. Markovitz_
Brian J. Markovitz (Bar No. 481517)
bmarkovitz@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
(301) 220-1214 (facsimile)

DATED: June 25, 2018

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion to Seal was sent by the Court's ECF system to:

Paul J. Kennedy
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046

DATE:  06/25/2018                                      */s/ Brian J. Markovitz*
                                                                      Brian J. Markovitz