UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

June 27, 2018

Ms. Linda Gough
6900 Wisconsin Avenue
Apt #30497
Bethesda, MD  20824

RE:   Gough v. Bankers Life
      Civil No. PJM 17-2341

Dear Ms. Gough:

The Court has received your letter dated June 23, 2018, in which you ask the Court to terminate the *pro bono* representation of Brian Markovitz, Esquire. This letter was received after Mr. Markovitz filed his own Motion to Withdraw as Counsel (ECF No. 26).

The Court will **GRANT** Mr. Markovitz's Motion to Withdraw (ECF No. 26). However, the Court will not appoint you new *pro bono* representation, and you must proceed in this matter *pro se*. To clarify, none of the attorneys who have assisted you to date were compensated in any way by the Court.

Accordingly, the Court lifts the suspension on the Motion to Dismiss imposed by Letter Order on October 27, 2017 (ECF No. 11). You shall have thirty (30) days to file a response to the Motion to Dismiss (ECF No. 5). Thereafter, Defendant shall file its reply in the normal course.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Peter J. Messitte
United States District Judge

cc:   Court File

      Paul J. Kennedy, Esquire
      Littler Mendelson PC
      815 Connecticut Avenue, N.W.
      Suite 400
      Washington, DC  20006