Linda J. Gough
6900 Wisconsin Ave. #30497
Bethesda, MD
20824

July 3, 2018

RE: <u>Gough v. Bankers Life</u>
8:17-cv-02341-PJM

United States District Court
Office of the Clerk
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Judge Messitte,

I hope this note finds you well. I recently received your Order (Document 28) dated June 27, 2018 as well as Withdrawal of Counsel Notification Letter (Document 29) dated June 27, 2018 from the Deputy Clerk. This letter is in response to your Order granting the Motion to Withdrawal and to address your "informal nature of this ruling".

As you know, I requested *pro bono* counsel because of financial restraints and the fact that I am not a lawyer and do not have a license to practice law. If you as judge think that I am capable of representing myself *pro se* then I wanted to request the court to rule out mental incompetency before I do so.

Can you please order a psychiatric evaluation for a mental health assessment so the case may progress soundly and without mishaps?

You also stated in the Order ..."none of the attorneys who have assisted you to date were compensated in any way by the Court" yet it is noted on documents that they were allocated money for their time. As I will be representing myself *pro se*, is it possible for me to be compensated for my time?

My finances have been depleted to a point that is precarious. No one is hiring me so as I am tasked with representing myself as my basic necessities are under threat. This is not an acceptable work environment for anyone, let alone myself who has been treated poorly. I hope that the court recognizes the task I have at hand with the fact that I am required to present a case and not be paid for my time. This only perpetuates abuse and virulent environment. Your Order that I am *pro se* without payment is more of a punishment than a civic duty. If there is any way the court may allocate monies for my time, please support my plight.

Again, I request that the court order a psychiatric evaluation. In the meantime, I will work on presenting my Response to the Motion to Dismiss. As no one is above the law, I hope all parties involved are held to the highest standard.

Sincerely,

*Linda Gough*

Linda Gough