12-12-2019

Linda Gough
vs.
Bankers Life

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 12  A 11: 02

CLERK'S OFFICE
AT GREENBELT
BY ____

Case No.: 8:17-cv-02341-PJM

## Motion to View Sealed Document

In June 2018, a previously assigned pro bono attorney, Brian Markovitz, submitted a sealed document. This motion is a request to receive a copy / view the sealed document related to my case Gough vs. Bankers Life.

Linda Gough
/s/ Linda J. Gough

## Certificate of Service

I state I served a copy of the Motion to View Sealed Document to Paul Kennedy at Littler Law on 12-12-2019.
815 Connecticut Ave. NW
Suite 400
Washington, DC 20006-4046
pkennedy@littler.com
(202) 842-3400

lingough12@yahoo.com
(240)205-4000

/s/ Linda J. Gough
Linda Gough
6900 Wisconsin Ave #30497
Bethesda, MD 20824